55 A.3d 1054

David George LUSICK, Petitioner

v.

COMMONWEALTH of Pennsylvania, Clerk of Court Michael Krimmel; Judge Jacqueline Allen; Judge John W. Herron; Judge Pamela Pryor Cohen Dembe; De Facto Judges; Joseph Massa Esq.; Judicial Conduct Board; Clerk of Court Joseph Evers; A. Taylor Williams, Esq.; City of Philadelphia; Zygmont Pines, Esq.; State Court Administrators Office, Karen Reid Bramblett, Clerk of Court; Respondents.

No. 149 EM 2012.

Supreme Court of Pennsylvania.

Nov. 9, 2012.

## ORDER

PER CURIAM.

AND NOW, this 9th day of November, 2012, the Petition for Writ of Mandamus is DENIED. The Prothonotary is directed to strike the jurists' names from the caption.

55 A.3d 1055

Willie STOKES, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 150 EM 2012.

Supreme Court of Pennsylvania.

Nov. 9, 2012.

## ORDER

PER CURIAM.

AND NOW, this 9th day of November, 2012, the "Petition for Assumption of Jurisdiction by the Supreme Court" is DENIED.